# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NADIR OMAR ABDULLAH BIN, SA'ADOUN ALSA'ARY a/k/a AHMED OMAR, | ) ) ) ) ) | |
| Petitioner, | ) | Civil Action No. 09-0745 (RCL) |
| v. | ) ) | |
| BARACK OBAMA, *et al.*, | ) ) | |
| Respondents. | ) | |

## [~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Unopposed Motion to Continue Stay, it is hereby

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is further

**ORDERED** that this case is STAYED until April 10, 2013. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date: ___1/16/13___

_____
UNITED STATES DISTRICT JUDGE